# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Quentin Rankin<br><br>*Defendant* | Case No. 25-01871MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the dates described in Attachment A, in the County of Maricopa in the District of Arizona, the defendant violated 18 U.S.C. §§ 922(o) and 924(a)(2), an offense described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent from Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

**See Attachment B – Statement of Probable Cause Incorporated by Reference Herein.**

☒ Continued on the attached sheet.

Reviewed by AUSA: Ross Arellano Edwards

ROSS ARELLANO EDWARDS
Digitally signed by ROSS ARELLANO EDWARDS
Date: 2025.09.05 10:04:29 -07'00'

Sworn to telephonically and signed digitally.

Date: 9/5/2025

City and State: Yuma, Arizona

MADISON ADAMO
Digitally signed by MADISON ADAMO
Date: 2025.09.05 10:14:39 -07'00'

*Complainant's signature*

Madison Adamo, Special Agent with ATF
*Printed name and title*

*Judge's signature*

James F. Metcalf, United States Magistrate Judge
*Printed name and title*

**ATTACHMENT A**

**DESCRIPTION OF COUNT**

**Count 1**

On or about June 18, 2025 in the District of Arizona, the defendant, QUENTIN RANKIN, did knowingly possess and transfer a machinegun, that is, a part commonly known as a "Lightning Link," "Swift Link," or "AR-Switch," which is designed and intended solely and exclusively for use in converting a weapon into a machinegun.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**ATTACHMENT B**
**STATEMENT OF PROBABLE CAUSE**

Your affiant, Madison Adamo, being duly sworn, hereby deposes and states as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since August 2023. Your Affiant is a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the ATF National Academy's Special Agent Basic Training in Glynco, Georgia. Prior to becoming an ATF Special Agent, your Affiant was an analyst contracted to ATF and the High Intensity Drug Trafficking Area program in Phoenix, Arizona for approximately 1.5 years. Prior to becoming a Special Agent, your Affiant graduated from Arizona State University and New College of Interdisciplinary Arts and Sciences with a Master of Science in Forensic Psychology. Your Affiant is currently assigned to the ATF Phoenix Field Office.  Your Affiant is currently assigned to the ATF Phoenix Field Office.

2. Since August 2023, I have worked as a Special Agent.  As a Special Agent, I have conducted criminal investigations of individuals and entities for possible violations of state and federal firearms and narcotics laws. I have been involved in firearms, and narcotics investigations, including investigations that have resulted in the arrests, searches, and seizures of individuals and property. I have participated in numerous

2

controlled buys of firearms and narcotics from suspected traffickers.

3. As a result of training and experience, your Affiant has become knowledgeable in the methods and modes used by firearms trafficking operations, and the language and patterns used. Your Affiant is aware of techniques that are used to attempt to deter and/or hinder law enforcement investigations of firearms trafficking schemes, including the utilization of multiple cellular phones, fictitious identities, web-based sales, planned distribution schemes, and the use of false and/or fictitious identities or "straw" purchasers.

4. The statements contained herein are based on information derived from my personal knowledge, training and experience; information obtained from the knowledge and observations of other sworn law enforcement officers, either directly or indirectly through their reports of affidavits. Because this probable cause statement is being submitted for the limited purpose of establishing probable cause for the requested warrant, I have not set forth all the relevant facts known to law enforcement officers.

**PROBABLE CAUSE**

*Case Background*

5. On May 29, 2025. A Confidential Informant (CI) contacted Your Affiant regarding messages from a WhatsApp group chat named "Finikera," where an individual identifying themselves as "Eddie Moe" sent photos of machinegun conversion devices to sell or trade them.

6. The phone number used by "Eddie Moe" was found to be associated with Quentin RANKIN.

3

7. On June 8, 2025, the CI sent SA Adamo a screen shot of the "Finikera" group chat, where RANKIN had sent a photo of a Glock pistol with the serial number "CEGT505."

8. RANKIN is likely a prohibited possessor due to a felony charge out of Illinois 17th Court Circuit from February 17, 2006. However, your affiant is still awaiting additional conviction documents before the conviction can be confirmed.

## FIRST PURCHASE FROM RANKIN

9. On June 12, 2025, an ATF CI and an ATF undercover agent (UC) met with RANKIN to purchase the firearm he had for sale. It was agreed that the purchase would take place in the parking lot of a Circle K, located at 9040 S Central Ave, Phoenix, AZ 85042. At approximately 1519 hours, the ATF CI and UC arrived at the meet location in an Undercover Vehicle (UCV), parking in the south part of the lot. At approximately 1524 hours, RANKIN was observed operating a silver Cadillac sedan. RANKIN parked his vehicle on the passenger side of the UCV and exited. RANKIN requested to touch the money to ensure it was not counterfeit. RANKIN sold the ATF CI and UC a Zastava Model ZPAP92 7.62 x 39 caliber pistol. The ATF UC asked RANKIN if he had Glock pistols affixed with a Machinegun Conversion Device (MCD) for sale and RANKIN replied that he normally has MCDs. RANKIN took out his cell phone and proceeded to show the ATF UC a picture of a "Micro AR" he was selling.

10. During this interaction with RANKIN, Your Affiant was sitting surveillance on 8818 S Central Ave., Phoenix, AZ (Subject Premises). At approximately 3:30 PM, Your Affiant heard over the radio that RANKIN had left the meeting with the UC in silver

4

Cadillac Sedan, with the license plate CYA19S. At 3:36 PM, Your Affiant observed a silver Cadillac Sedan with the same license plate turn into the Subject Premises. The silver Cadillac turned left into the complex and headed towards the south side of the apartments.

11.     The license plate CYA19S was found to be registered to RANKIN at the Subject Premises.

## SECOND PURCHASE WITH RANKIN

12.     On June 17, 2025, the UC agent asked RANKIN if RANKIN had any firearms to sell, specifically a mini-AR pistol that RANKIN had mentioned he would sell for $850.00. RANKIN stated that he was waiting on some firearms to include a Draco pistol. The following is the content of the conversation. It should be noted that street vernaculars

| Date | Time | Number | Direction | Message |
| --- | --- | --- | --- | --- |
| 2025/06/17 | 02:08:17 PM MST | 773-986-0734 | Incoming | Chilling what's going on |
| 2025/06/17 | 02:08:45 PM MST | 773-986-0734 | Outgoing | Aint shit wuz tryna see whatchu had on deck |
| 2025/06/17 | 02:11:39 PM MST | 773-986-0734 | Outgoing | Chillin wuz tryna see whathcu had on deck |
| 2025/06/17 | 02:11:45 PM MST | 773-986-0734 | Incoming | I'm waiting on some now |
| 2025/06/17 | 02:13:11 PM MST | 773-986-0734 | Outgoing | Aight bet lemme kno...u still got that one joint for 850? |
| 2025/06/17 | 02:28:13 PM MST | 773-986-0734 | Incoming | When you try to get something |
| 2025/06/17 | 02:46:54 PM MST | 773-986-0734 | Outgoing | I could bump into u tomorrow |
| 2025/06/17 | 02:47:41 PM MST | 773-986-0734 | Incoming | Ok I'm waiting on another Draco I'll send pics when I get it |
| 2025/06/17 | 02:48:34 PM MST | 773-986-0734 | Outgoing | Aight bet...whatchu thinkin for the ticket |

are used in the conversation:

13.     On June 18, 2025, RANKIN sent the UC an SMS message asking, "Hey do you like Glock 20c" followed by photos of the pistol (See Below.) The UC agent asked how much RANKIN wanted for the pistol. RANKIN replied that he wanted $850.00. The UC asked RANKIN to put a (MCD) on the Glock pistol and RANKIN replied that he only had a "plastic incognito" and sent photos of an MCD and auto sears (See Below.)

14.




| Date | Time | Number | Type | Direction | Status | Message |
|---|---|---|---|---|---|---|
| 2025/06/18 | 11:35:51 AM MST | 773-986-0734 | SMS | Outgoing | Delivered | u said them shits straight right? the plastic ones |
| 2025/06/18 | 11:38:03 AM MST | 773-986-0734 | SMS | Outgoing | Delivered | throw me a ticket for the stick the button and 2 of them sears |
| 2025/06/18 | 12:33:21 PM MST | 773-986-0734 | SMS | Outgoing | Delivered | i could prolly link up sooner fam this otha nigga on bullshit. same spot as before? |
| 2025/06/18 | 12:41:50 PM MST | 773-986-0734 | SMS | Incoming | | I'll be ready about 2 |
| 2025/06/18 | 12:42:14 PM MST | 773-986-0734 | SMS | Outgoing | Delivered | bet that...how much im bringin |
| 2025/06/18 | 12:44:42 PM MST | 773-986-0734 | SMS | Incoming | | I'll do $1250 for everything |
| 2025/06/18 | 12:45:52 PM MST | 773-986-0734 | SMS | Outgoing | Delivered | Gotchu 🤝 |
| 2025/06/18 | 12:46:10 PM MST | 773-986-0734 | SMS | Incoming | | I still have the arp but I'm trying to see if they really gonna get it |
| 2025/06/18 | 12:46:30 PM MST | 773-986-0734 | SMS | Incoming | | That's why I asked what time was you gonna be around |
| 2025/06/18 | 12:46:50 PM MST | 773-986-0734 | SMS | Incoming | | But I'll let you know how that goes |
| 2025/06/18 | 12:47:28 PM MST | 773-986-0734 | SMS | Outgoing | Delivered | nah i feel that...chit, if they dont copp jus bring it and ill cash you out fam |
| 2025/06/18 | 12:55:05 PM MST | 773-986-0734 | SMS | Incoming | | Ok |
| 2025/06/18 | 01:55:17 PM MST | 773-986-0734 | SMS | Outgoing | Delivered | bumped into sum traffic fam...prolly be like ten mins late |
| 2025/06/18 | 02:05:15 PM MST | 773-986-0734 | SMS | Incoming | | Ok |

RANKIN and the UC arranged to meet that same day at 2 PM. The following is the content of the conversation. It should be noted that street vernaculars are used in the conversation:

15.    At approximately 2:55 PM, the UC arrived at the same Circle K Station as the first meeting with RANKIN. A marked police car was in the Circle K parking lot and RANKIN told the UC to drive to a different location, a Grab N Go shop, located at 8802 S Central Ave., Phoenix, AZ.

6

16. The UC parked next to RANKIN's vehicle, opened his door and greeted RANKIN. RANKIN handed the UC a small zip-lock bag containing two auto sears and an MCD. The UC observed these to be the same items that were in the photos RANKIN previously sent. RANKIN then handed the UC a black Glock pistol box. The UC opened the box and observed the same Glock pistol that was in the photo previously sent by RANKIN. The UC asked RANKIN if he was able to get 10mm ammunition. RANKIN replied that he was. RANKIN confirmed that the firearm was new and stated that most of the firearms he sells are brand new. RANKIN told UC that he would let the UC know if a firearm was used. The UC paid RANKIN $1,250.00.

## SURVEILLANCE ON SUBJECT PREMISES

17. On the same date as above (June 18, 2025), Your Affiant and another ATF SA observed the Subject's Premises at the same time the UC arranged a meeting with RANKIN.

18. RANKIN's vehicle was observed in the southwest corner of the Subject's Premises.

19. ATF SAs observed RANKIN step out of Unit #130 and was identified via his Drivers License photo from the Arizona Department of Transportation. RANKIN then took a seat outside unit #130.

20. At approximately 2:20 PM SAs observed RANKIN get into his vehicle and leave the complex.

7

21. At 2:23 PM, SAs then received photo confirmation from an ATF SA that RANKIN had arrived at 9040 S Central Ave, Phoenix, AZ 8504, a Circle K gas station to meet with the UC.

### THIRD PURCHASE WITH RANKIN

22. On June 25, 2025, the UC asked RANKIN which firearms RANKIN had to sell. RANKIN replied asking how much the UC wanted to spend. After exchanging some more messages, both parties agreed to the purchase of a "mini Daco" AK-47 style pistol and a Glock pistol for $2100.00. The UC and RANKIN agreed to meet on the following day at the same location.

23. On June 26, 2025, at approximately 3:30 PM, the UC arrived at the Grab N Go 909, located at 8802 S Central Ave., Phoenix, AZ 85042. RANKIN parked his vehicle on the driver's side of the UCV. The UC exited the UCV and entered RANKIN's vehicle, sitting in the passenger side front seat. RANKIN handed the UC a black Glock pistol box. The UC also observed a soft sided rifle case in RANKIN's lap. RANKIN unzipped the rifle case and showed the UC the "mini-Draco" inside. RANKIN stated that he initially wanted to shoot the "mini-Draco" but ultimately decided against it, because he didn't want to affect the value of it. The UC paid RANKIN $2,100.00.

24. RANKIN asked the UC what else the UC would like to purchase. The UC told RANKIN he would buy more auto-sears and Glock pistols of any caliber.

25. RANKIN told the UC that he was from the area in Chicago where the "GDs" and "BDs" are. The UC understood this to mean RANKIN was from the same place as the Gangster Disciples and Black Disciples gangs. RANKIN mentioned that he was hoping

8

to get a job, so he did not need to rely on selling firearms for his income. RANKIN then started discussing the Mexican customers that paid him using counterfeit U.S. currency. RANKIN indicated that he was still intent on trying to find them to inflict harm on them.

## FOURTH PURCHASE WITH RANKIN

26. On August 18, 2025, at approximately 1250, RANKINS vehicle was seen by SAs parked in RANKIN's residence parking lot.

27. At approximately 1300, RANKIN was seen exiting Unit 130 and smoking a cigarette outside of his apartment. SAs observed RANKIN get into his identified vehicle and leave the apartment complex at approximately 1311 hours.

28. At approximately 1315 hours, the RANKIN arrived at the Grab N Go 909, located at 8802 S Central Ave., Phoenix, AZ 85042 to meet the UC. RANKIN sold the UC three pistols and a forced reset trigger. The UC paid RANKIN $2,500.00.

29. At approximately 1330, RANKIN was observed arriving back in the apartment complex in his identified vehicle.

## FIFTH ARRANGED MEETING WITH RANKIN

30. On September 4, 2025, the UC arranged to meet RANKIN and purchase the following:

- Glock 19, Gen 5, Pistol, 9mm
- A suspected MCD
- Glock 17, Gen 5, Pistol 9mm.

31. RANKIN provided the UC with the following photos:

9



34. RANKIN and the UC arranged to meet at the Grab n Go, from previous meetings, at 1630 hours.

## RANKIN FIREARMS CLASSIFCATION

35. On June 24, 2025, Your Affiant received verbal confirmation from Firearms and Ammunition Technology Division (FATD) Firearms Enforcement Officer (FEO) Reloza, that the three (3) purchased MCDs from June 18, 2025 were classified as machine guns.

36. FEO Peloza confirmed that Your Affiant was in possession of one (1) Glock-type MCD and two (2) AR-type MCDs.

37. On June 28, 2025, an Interstate Firearm Nexus report was written by ATF Nexus Expert Senior Special Agent (SSA) Farley. SSA Farley examined the purchased firearms and came to the conclusion that the firearms had been manufactured outside the state of Arizona and had affected interstate commerce.

38. The firearms purchased were manufactured in the following locations:

- Zastava, Model ZPAP92, 7.62 x 39 mm caliber semi-automatic pistol, serial# Z92-078203 (Country of Serbia)
- Glock, Model 20C, 10 mm Auto caliber semi-automatic pistol, serial# CFAC904 (Country of Austria)

- Romarm/Cugir, Model Mini Draco, 7.62 x 39 mm caliber semi-automatic pistol, serial# ROA 22 PG-6990 (Country of Romania)
- Glock, Model 22, .40 S&W caliber, semi-automatic pistol, serial# KZV938 (Country of Austria)

## SEARCH WARRANT

39. On August 29, 2025, the Honorable Michael T. Morrissey, United States Magistrate judge for the District of Arizona in Phoenix, Arizona, issued a warrant (25-3348MB) to search a residence on 8818 S Central Ave., Unit 130, Phoenix, AZ and the Cadilac registered to RANKIN, for evidence related to Knowing Possession of a Firearm by a Convicted Felon in violation of United States Code Title 18 U.S.C. § 922(g)1 and Unlawful Transfer or Possession of a Machinegun in violation of United States Code Title 18 U.S.C. § 922 (o).

40. The Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") executed the residential search warrant on September 4, 2025. ATF found and seized three (3) Glock pistols found in RANKIN's bedroom.

41. All firearms, and ammunition seized were manufactured outside of Arizona.

//
//

## CONSLCUSION

42. Based on the above-stated facts, I submit that there is probable cause that QUENTIN RANKIN did knowingly possess and transfer a machinegun.

43. I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

_____
MADISON ADAMO
Digitally signed by MADISON ADAMO
Date: 2025.09.05 10:08:04 -07'00'

Madison Adamo
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to me telephonically and subscribed electronically this_____ September 5 , 2025.

_____
Signature of Judicial Officer
HONORABLE JAMES F. METCALF
UNITED STATES MAGISTRATE JUDGE